NVB 250B (Rev. 03/25)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>NUMALE CORPORATION (LEAD),<br>　　　　　　　　　　　Debtor(s) | BK−25−10341−nmc<br>CHAPTER 11<br><br>Adversary Proceeding: 25−01155−nmc |
| MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE<br>　　　　　　　　　　　Plaintiff(s)<br><br>vs<br><br>BRAD PALUBICKI<br>EVA GABRIELA FARMER DE LA TORRE<br>　　　　　　　　　　　Defendant(s) | SUMMONS AND<br>NOTICE OF SCHEDULING<br>CONFERENCE IN AN ADVERSARY<br>PROCEEDING<br><br>Hearing Date: October 9, 2025<br>Hearing Time: 9:30AM |

**To each Defendant listed above, YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of the Clerk: |
|---|
| Clerk, U.S. Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 |

NVB 250B (Rev. 10/14)

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
|---|
| GREGORY E GARMAN<br>GARMAN TURNER GORDON<br>7251 AMIGO STREET, STE 210<br>LAS VEGAS, NV 89119<br>(725)777−3000 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**YOU ARE NOTIFIED** that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Hearing Date: | October 9, 2025 |
| Hearing Time: | 9:30AM |
| Hearing Phone Number: | (833) 435?1820 |
| Hearing Meeting ID: | 161 166 2815 |
| Hearing Passcode: | 115788 |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: August 12, 2025

*/s/ Daniel S. Owens*

Daniel S. Owens
Clerk of Court

NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

| | |
|---|---|
| IN RE: <br><br> NUMALE CORPORATION (LEAD), <br>                   Debtor(s) | BK−25−10341−nmc <br> CHAPTER 11 <br><br> Adversary Proceeding: 25−01155−nmc |
| MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE, et al, <br>                   Plaintiff(s) <br><br> vs <br><br> BRAD PALUBICKI <br> EVA GABRIELA FARMER DE LA TORRE, et al, <br>                   Defendant(s) | COMPLAINT, SUMMONS <br> STANDARD DISCOVERY PLAN AND <br> SCHEDULING ORDER PACKET <br><br> Hearing Date:  October 9, 2025 <br> Hearing Time:  9:30AM |

I, _____, certify that I am at least 18 years old and not a party to the matter concerning
             (name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on _____
      (date)

by:

☐      Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:

☐      Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐      Residence Service: By leaving the process with the following adult at:

☐      Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐      Publication: The defendant was served as follows: (Describe briefly)

☐      State Law: The defendant was served pursuant to the laws of the State of _____,
              as follows: (Describe briefly)                                                   (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: _____  Signature:_____

Print Name: _____

Business Address:_____

City: _____ State: _____ Zip: _____