GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Plaintiff,
Chapter 11 Trustee Michael Carmel*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Lead Case No. 25-10341-NMC |
| NUMALE CORPORATION | Chapter 11 |
| Debtors. | Jointly Administered with: |
| | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-NMC |
| MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE, | NuMedical SC<br>Case No. 25-10343-NMC |
| Plaintiff, | NuMale Colorado SC<br>Case No. 25-10344-NMC |
| v. | |
| | NuMale Florida TB PLLC<br>Case No. 25-10345-NMC |
| BRAD PALUBICKI and EVA GABRIELA FARMER DE LA TORRE, | NuMale Nebraska LLC<br>Case No. 25-10346-NMC |
| Defendant. | |
| | NuMale New Mexico SC<br>Case No. 25-10347-NMC |
| | **Adversary Proc. No. 25-01155-nmc** |

## CERTIFICATE OF SERVICE

1

1. On August 12, 2025, I served the following document(s):

    a.    *Second Amended Complaint*    Dkt. No. 9

2. I served the above-named document(s) by the following means to the persons as listed below:

☐    a.    ECF System: See attached ECF Confirmation Sheets.

☒    b.    United States Mail, postage fully prepaid:

BRAD PALUBICKI
9 Paradise Valley Court
Henderson, NV 89052

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 12th day of August, 2025

*/s/ Vicki DiMaio*
Vicki DiMaio, an employee of
Garman Turner Gordon LLP