GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Plaintiff,*
*Chapter 11 Trustee Michael Carmel*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION<br><br>Debtors.<br><br>MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>BRAD PALUBICKI and EVA GABRIELA FARMER DE LA TORRE,<br><br>Defendant. | Lead Case No. 25-10341-NMC<br><br>Chapter 11<br><br>Jointly Administered with:<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-NMC<br><br>NuMedical SC<br>Case No. 25-10343-NMC<br><br>NuMale Colorado SC<br>Case No. 25-10344-NMC<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-NMC<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-NMC<br><br>NuMale New Mexico SC<br>Case No. 25-10347-NMC<br><br>**Adversary Proc. No. 25-01155-nmc** |

### STIPULATION DISMISSING ADVERSARY PROCEEDING AND <u>VACATING ALL HEARINGS</u>

IT IS HEREBY STIPULATED by Michael Carmel, in his capacity as the Chapter 11 trustee ("<u>Plaintiff</u>") of the bankruptcy estates of debtors NuMale Corporation, Feliciano NuMale

1

Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC; Brad Palubicki and Eva Gabriela Farmer de la Torre (together, "Defendants"); and Certain Underwriters at Lloyd's London Syndicates 623/2623 ("Beazley"), by and through their respective undersigned counsel, as follows:

WHEREAS, on July 4, 2025, Plaintiff filed his *Complaint* [ECF No. 1].

WHEREAS, on July 7, 2025, Plaintiff filed his *Amended Complaint* [ECF No 4].

WHEREAS, on August 11, 2025, Plaintiff filed his *Second Amended Complaint* [ECF No. 9].

WHEREAS, on September 3, 2025, Defendants filed *Defendants' Answer to Second Amended Complaint* [ECF No. 14].

WHEREAS, on September 4, 2025, the Court entered its *Order Approving Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize and Approve Global Settlement and Associated Releases and Authorize Insurance Policies Buyback* [Case No. 25-10341-nmc, ECF No. 582] (together with the motion it approves, the *Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize and Approve Global Settlement and Associated Releases and Authorize Insurance Policies Buyback* [Case No. 25-10341-nmc, ECF No. 430], the "Global Settlement Agreement").

WHEREAS, pursuant to the Global Settlement Agreement, among other things, the claims asserted by the Trustee in this Adversary Proceeding were assigned to Beazley.

WHEREAS, Beazley and Palubicki have entered into the *Settlement Agreement Containing Mutual Releases* pursuant to which all claims asserted in this Adversary Proceeding were released.

NOW, THEREFORE, with Beazley's approval as the assignee of the claims, the Trustee and Palubicki hereby seek entry of the *Order Dismissing Adversary Proceeding and Vacating All Hearings* attached hereto as **Exhibit 1.**

. . .

. . .


Dated this 29th day of September 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119

    *Attorneys for Michael Carmel,*
    *Chapter 11 Trustee*

Dated this 29th day of September 2025.

HOLLAND & HART

By: */s/ Joseph G. Went*
    JOSEPH G. WENT, ESQ.
    LARKS K. EVENSEN, ESQ.
    SYDNEY R. GAMBEE, ESQ.
    9555 Hillwood Drive, 2nd Floor
    Las Vegas, Nevada 89134

    *Attorneys for Brad Palubicki and Eva*
    *Gabriela Farmer de la Torre*

Dated this 29th day of September 2025.

SIMPSON THACHER & BARTLETT LLP

By: */s/ Craig Summer*
    BRYCE FRIEDMAN
    DAVID ZYLBERBERG
    ZACH WEINER
    CRAIG SUMMER
    425 Lexington Avenue
    New York, NY 10017

    LARSON & ZIRZOW, LLC
    MATTHEW C. ZIRZOW, ESQ.
    850 E. Bonneville Ave.
    Las Vegas, Nevada 89101

    *Attorneys for Certain Underwriters at*
    *Lloyd's London Syndicates 623/2623*