_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
September 30, 2025

_____

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Plaintiff,*
*Chapter 11 Trustee Michael Carmel*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Lead Case No. 25-10341-NMC |
| NUMALE CORPORATION | Chapter 11 |
| Debtors. | Jointly Administered with: |
| | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-NMC |
| MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE, | NuMedical SC<br>Case No. 25-10343-NMC |
| Plaintiff, | NuMale Colorado SC<br>Case No. 25-10344-NMC |
| v. | |
| | NuMale Florida TB PLLC<br>Case No. 25-10345-NMC |
| BRAD PALUBICKI and EVA GABRIELA FARMER DE LA TORRE, | NuMale Nebraska LLC<br>Case No. 25-10346-NMC |
| Defendant. | |
| | NuMale New Mexico SC<br>Case No. 25-10347-NMC |

1

**Adversary Proc. No. 25-01155-nmc**

<u>Vacated Scheduling Conference</u>:
Hearing Date: October 9, 2025
Hearing Time: 9:30 a.m.

# ORDER DISMISSING ADVERSARY PROCEEDING AND <u>VACATING ALL HEARINGS</u>

Michael Carmel, in his capacity as the Chapter 11 trustee of the bankruptcy estates of debtors NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC; Brad Palubick and Eva Gabriela Farmer de la Torre; and Certain Underwriters at Lloyd's London Syndicates 623/2623, all by and through their undersigned counsel, having entered into that certain *Stipulation Dismissing Adversary Proceeding and Vacating All Hearings* (the "<u>Stipulation</u>").[1]

The Court, having read and considered the Stipulation and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Stipulation is approved.

**IT IS FURTHER ORDERED** that the scheduling conference set for October 9, 2025, at 9:30 a.m., shall be vacated.

**IT IS FURTHER ORDERED** that this Adversary Proceeding is dismissed with prejudice.

**IT IS SO ORDERED.**

| | |
|---|---|
| GARMAN TURNER GORDON LLP | HOLLAND & HART |
| By: */s/ Mary Langsner*<br>　　GREGORY E. GARMAN, ESQ.<br>　　TALITHA GRAY KOZLOWSKI, ESQ.<br>　　MARY LANGSNER, Ph.D.<br>　　7251 Amigo Street, Suite 210<br>　　Las Vegas, Nevada 89119<br><br>*Attorneys for Michael Carmel,*<br>*Chapter 11 Trustee* | By: */s/ Joseph G. Went*<br>　　JOSEPH G. WENT, ESQ.<br>　　LARKS K. EVENSEN, ESQ.<br>　　SYDNEY R. GAMBEE, ESQ.<br>　　9555 Hillwood Drive, 2nd Floor<br>　　Las Vegas, Nevada 89134<br><br>*Attorneys for Brad Palubicki and Eva*<br>*Gabriela Farmer de la Torre* |

---

[1] All capitalized, undefined terms shall have the meaning ascribed to them in the Stipulation.

SIMPSON THACHER & BARTLETT LLP

By: /s/ Craig Summer
    BRYCE FRIEDMAN
    DAVID ZYLBERBERG
    ZACH WEINER
    CRAIG SUMMER
    425 Lexington Avenue
    New York, NY 10017


LARSON & ZIRZOW, LLC
MATTHEW C. ZIRZOW, ESQ.
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

*Attorneys for Certain Underwriters at Lloyd's London Syndicates 623/2623*

### #