United States Bankruptcy Court
District of Nevada

MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE,
    Plaintiff

Adv. Proc. No. 25-01155-nmc

PALUBICKI,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 30, 2025 | Form ID: pdf930 | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | BRAD PALUBICKI, 9 PARADISE VALLEY COURT, HENDERSON, NV 89052-6706 |
| dft | + | EVA GABRIELA FARMER DE LA TORRE, 9 PARADISE VALLEY COURT, HENDERSON, NV 89052-6706 |
| pla | + | MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE, C/O GARMAN TURNER GORDON LLP, 7251 AMIGO STREET, SUITE 210, LAS VEGAS, NV 89119-4302 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Oct 01 2025 00:39:00 | DONNA LEE JENSEN, OFFICE OF THE UNITED STATES TRUSTEE, 235 PINE STREET, STE 700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: jared.a.day@usdoj.gov | Oct 01 2025 00:39:00 | JARED A DAY, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509-1362 |
| ust | | Email/Text: John.Nemecek@USDOJ.GOV | Oct 01 2025 00:39:00 | JOHN W. NEMECEK, DOJ-UST, 301 NORTH MAIN STREET, STE 1150, WICHITA, KS 67202 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Oct 01 2025 00:39:00 | NICHOLAS STROZZA, 300 BOOTH ST RM 3009, RENO, NV 89509-1362 |
| ust | | Email/Text: cameron.m.gulden@usdoj.gov | Oct 01 2025 00:39:00 | CAMERON M. GULDEN, DOJ-UST, 300 BOOTH STREET, ROOM 3009, RENO, NV 89509 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Oct 01 2025 00:39:00 | TRACY HOPE DAVIS, OFFICE OF THE U.S. TRUSTEE, 235 PINE ST #700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Oct 01 2025 00:39:00 | WILLIAM B COSSITT, U.S. TRUSTEE'S OFFICE, 300 BOOTH ST, #3009, RENO, NV 89509-1360 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | EOUST |
| ust | | LINDA EKSTROM STANLEY, NA, NA 0 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0978-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 30, 2025 | Form ID: pdf930 | Total Noticed: 10 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2025         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GREGORY E GARMAN | on behalf of Plaintiff MICHAEL W. CARMEL  CHAPTER 11 TRUSTEE ggarman@gtg.legal, bknotices@gtg.legal |
| JOSEPH G. WENT | on behalf of Defendant EVA GABRIELA FARMER DE LA TORRE jgwent@hollandhart.com vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com |
| JOSEPH G. WENT | on behalf of Defendant BRAD PALUBICKI jgwent@hollandhart.com vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com |
| MARY LANGSNER | on behalf of Plaintiff MICHAEL W. CARMEL  CHAPTER 11 TRUSTEE mlangsner@gtg.legal, bknotices@gtg.legal |
| TALITHA B. GRAY KOZLOWSKI | on behalf of Plaintiff MICHAEL W. CARMEL  CHAPTER 11 TRUSTEE tgray@gtg.legal, bknotices@gtg.legal |

TOTAL: 5

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge



Entered on Docket
September 30, 2025

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Plaintiff,*
*Chapter 11 Trustee Michael Carmel*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Lead Case No. 25-10341-NMC |
| NUMALE CORPORATION | Chapter 11 |
| Debtors. | Jointly Administered with: |
| | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-NMC |
| MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE, | NuMedical SC<br>Case No. 25-10343-NMC |
| Plaintiff, | NuMale Colorado SC<br>Case No. 25-10344-NMC |
| v. | |
| | NuMale Florida TB PLLC<br>Case No. 25-10345-NMC |
| BRAD PALUBICKI and EVA GABRIELA FARMER DE LA TORRE, | NuMale Nebraska LLC<br>Case No. 25-10346-NMC |
| Defendant. | |
| | NuMale New Mexico SC<br>Case No. 25-10347-NMC |

1

**Adversary Proc. No. 25-01155-nmc**

<u>Vacated Scheduling Conference</u>:
Hearing Date: October 9, 2025
Hearing Time: 9:30 a.m.

### ORDER DISMISSING ADVERSARY PROCEEDING AND VACATING ALL HEARINGS

Michael Carmel, in his capacity as the Chapter 11 trustee of the bankruptcy estates of debtors NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC; Brad Palubick and Eva Gabriela Farmer de la Torre; and Certain Underwriters at Lloyd's London Syndicates 623/2623, all by and through their undersigned counsel, having entered into that certain *Stipulation Dismissing Adversary Proceeding and Vacating All Hearings* (the "<u>Stipulation</u>").[1]

The Court, having read and considered the Stipulation and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Stipulation is approved.

**IT IS FURTHER ORDERED** that the scheduling conference set for October 9, 2025, at 9:30 a.m., shall be vacated.

**IT IS FURTHER ORDERED** that this Adversary Proceeding is dismissed with prejudice.

**IT IS SO ORDERED.**

| | |
|---|---|
| GARMAN TURNER GORDON LLP | HOLLAND & HART |
| By: <u>/s/ Mary Langsner</u><br>    GREGORY E. GARMAN, ESQ.<br>    TALITHA GRAY KOZLOWSKI, ESQ.<br>    MARY LANGSNER, Ph.D.<br>    7251 Amigo Street, Suite 210<br>    Las Vegas, Nevada 89119 | By: <u>/s/ Joseph G. Went</u><br>    JOSEPH G. WENT, ESQ.<br>    LARKS K. EVENSEN, ESQ.<br>    SYDNEY R. GAMBEE, ESQ.<br>    9555 Hillwood Drive, 2nd Floor<br>    Las Vegas, Nevada 89134 |
| *Attorneys for Michael Carmel,*<br>*Chapter 11 Trustee* | *Attorneys for Brad Palubicki and Eva*<br>*Gabriela Farmer de la Torre* |

---

[1] All capitalized, undefined terms shall have the meaning ascribed to them in the Stipulation.

1 | SIMPSON THACHER & BARTLETT LLP
2 | By: /s/ Craig Summer
  |    BRYCE FRIEDMAN
3 |    DAVID ZYLBERBERG
4 |    ZACH WEINER
  |    CRAIG SUMMER
5 |    425 Lexington Avenue
  |    New York, NY 10017
6 |
7 |    LARSON & ZIRZOW, LLC
  |    MATTHEW C. ZIRZOW, ESQ.
8 |    850 E. Bonneville Ave.
  |    Las Vegas, Nevada 89101
9 |
10 | *Attorneys for Certain Underwriters at Lloyd's London Syndicates 623/2623*

### # # #